ACCEPTED
03-13-00422-CV
3988150
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 3:21:03 PM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 3:21:03 PM
JEFFREY D. KYLE
Clerk

# NO. 03-13-00422-CV

JEFFREY T. HANSON,
*Appellant*,

v.

NNN 1 & 2 Met Center 1, LLC, *et al.*,
*Appellees*.

─ *consolidated with* ─

# NO. 03-13-00443-CV

JEFFREY T. HANSON,
*Appellant*,

v.

NNN MET CENTER 15 5, LLC, *et al.*,
*Appellees*.

On Appeal from the 201st Judicial District Court, Travis County, Texas
Cause Nos. D-1-GN-12-002595 and D-1-GN-12-001271, respectively

## APPELLANT'S UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 42.1(a)(1), Appellant Jeffrey T. Hanson files this Motion to Dismiss and moves the Court to dismiss the appeals.

1

19863544v1

1. Appellant timely perfected the appeal in these matters on June 14, 2013. On September 23, 2013, these cases were consolidated. Pursuant to the various status reports, these cases have been abated since November 15, 2013.

2. The parties have reached an agreement to resolve the claims and causes of action asserted in these cases. Appellant no longer wishes to pursue these appeals.

3. Appellant asks that costs be assessed against the party incurring them.

## PRAYER FOR RELIEF

WHEREFORE, Appellant Hanson respectfully requests that this Court grant the Motion to Dismiss and enter an Order dismissing these appeals and taxing costs against the party that incurred them.

Respectfully submitted,

*/s/ Michael Klein*

Michael Klein
State Bar No. 11563200
Lisa Magids
State Bar No. 24002600
**SEDGWICK LLP**
919 Congress Ave., Suite 1250
Austin, TX  78701
(512) 481-8469
(512) 481-8444 - fax
*michael.klein@sedgwicklaw.com*
*lisa.magids@sedgwicklaw.com*

**ATTORNEYS FOR APPELLANT**
**JEFFREY T. HANSON**

## CERTIFICATE OF CONFERENCE

The undersigned certifies he conferred with Michael S. Truesdale, counsel for Appeellees, Met Center 1 & 2 and NNN Met Center 15, regarding the relief requested herein, who indicated that Appellees do not oppose the Motion.


*/s/ Michael Klein*
Michael Klein


## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the Texas Online eFiling for courts system and served all counsel of record via electronic service:

Michael S. Truesdale
mike@truesdalelaw.com
State Bar No. 00791825
LAW OFFICE OF MICHAEL S. TRUESDALE, PLLC
801 West Avenue, Suite 201
Austin, TX 78701

Dated this 2nd day of February, 2015.


*/s/ Michael Klein*
Michael Klein